**SO ORDERED.**

**Dated: February 25, 2010**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-01037

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Connie Elisabeth Delleree<br>      Debtor.<br><br>Green Tree Financial Servicing Corporation<br><br>      Movant,<br>vs.<br><br>Connie Elisabeth Delleree, Debtor; Edward J. Maney, Trustee.<br><br>      Respondents. | No. 2:09-bk-21960-RTB<br><br>Chapter 13<br><br>ORDER APPROVING<br>STIPULATION FOR REMOVAL<br>OF BANKRUPTCY STAY |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated effective immediately with respect to the real property which is the subject of the Deed of Trust recorded March 27, 2007, at Recorders No. 2007-0356530, in the records of the Maricopa

County, Arizona Recorder's Office, wherein Connie Elisabeth Delleree, is designated as trustor and Green Tree Financial Servicing Corporation is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 460, PARKWOOD RANCH PARCEL 6, according to Book 437 of Maps, Page 18, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that the debtor has no desire to maintain or keep the property and has decided to surrender his interest in the property legally described herein.

IT IS FURTHER ORDERED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that any hearing scheduled in the matter are vacated.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE